# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| **CHERYL GOOD,** | |
| **Plaintiff,** | |
| **v.** | **Case No. CIV-05-1433-C** |
| **AMERICA ONLINE, INC.,** | |
| **Defendant.** | |

## ORDER OF DISMISSAL WITH PREJUDICE

Before the Court is the Joint Motion for Dismissal with Prejudice.  Having reviewed the Joint Motion and pursuant to the settlement agreement reached between the parties, the Court herein dismisses with prejudice all claims and causes of action brought in this case by the Plaintiff, pursuant to Fed. R. Civ. P. 41(a)(2).  The parties shall each bear their own attorneys fees and costs.  The Court retains jurisdiction to enforce the provisions of the parties' settlement agreement.

Dated this 29th day of March, 2007.

ROBIN J. CAUTHRON
United States District Judge